# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01406-RM-MDB

Fabiola Munoz, et al.

    Plaintiffs,

    vs.

Cyhawk Hospitality, Inc., et al,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

The Plaintiffs by and through undersigned counsel, and with consent of the Defendants, hereby inform this Court that the parties have settled the above-captioned matter. Counsel for the respective parties expect to file a stipulated dismissal, with prejudice, within the next sixty days.

Respectfully submitted this 15th day of September 2022.

                                                     *s/ Jon G. Shadinger Jr.*
                                                     Jon G. Shadinger Jr., Esq.
                                                     Shadinger Law, LLC
                                                     717 E. Elmer Street, Suite 7
                                                     Vineland, NJ 08360
                                                     Direct (609) 319-5399
                                                     Office (609) 236-3211
                                                     Fax (609) 900-2760
                                                     js@shadingerlaw.com
                                                     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certifies that on this 15th day of September 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
