# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01406-RM-MDB

Munoz, et al.,

       Plaintiffs,

vs.

Cyhawk Hospitality, Inc. et al,

       Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendants, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties; each party shall bear its own costs and fees.

Respectfully submitted,

Dated: 11/09/2022

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, New Jersey 08360
*Attorney for Plaintiffs*

/s/ Dart M. Winkler
Dart M. Winkler, Esq.
Hoffman Crews Nies Waggener & Foster LLP
5350 S. Roslyn Street, Suite 100
Greenwood Village, Colorado 80111
*Attorney, Segura Investors X LLC*

/s/ Brett M. Wendt
Brett M. Wendt, Esq.
Alyssa L. Levy, Esq.
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
*Attorneys for Defendant, Cyhawk Hospitality, Inc.*